IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual,<br><br>           Plaintiffs,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:  CIV-22-977-SLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION OF
TRACEY R. WALLACE</u>**

Pursuant to W.D. Oklahoma Local Civil Rule 83.2(g), the Defendants, State Farm Mutual Automobile Ins. Co.; State Farm Life Insurance Co.; State Farm Fire and Casualty Co.; and State Farm General Insurance Co. (collectively "Defendants"), by their undersigned attorney, in the above-referenced action, respectfully move the court to admit non-resident attorney Tracey R. Wallace., *pro hac vice,* to appear in and participate as counsel or co-counsel in this case, with Lance Leffel, Esq. of GableGotwals, Oklahoma Bar Number 19511.

In support of this Motion, Defendant states as follows:

{S622541;}

1. Tracey R. Wallace is a member of the law firm Jackson Lewis, P.C., 500 N. Akard Street, Suite 2500, Dallas, Texas 75201. Business telephone: (214) 520-2400; business fax: (214) 785-6908; business email: tracey.wallace@jacksonlewis.com.

2. The undersigned, Lance Leffel, certifies that Tracey R. Wallace is a member of the bar in good standing of the highest court of the State of Texas. Tracey R. Wallace has not been disciplined in any jurisdiction and has not resigned or been placed on inactive status as a member of any bar.

3. Attached to this Motion is a Request for Admission *Pro Hac Vice*, completed and signed by Tracey R. Wallace.

4. Tracey R. Wallace understands that she must register for electronic filing (ECF) with this Court promptly upon granting of this Motion, and upon activation, electronically file an Entry of Appearance consistent with W.D. Oklahoma Local Civil Rule 83.4.

5. A Proposed Order granting this Motion is attached hereto.

6. This Motion is accompanied by the required $50.00 fee.

WHEREFORE, the Defendants respectfully request that its Motion be granted, and that this Court enter an Order in the form attached admitting Tracey R. Wallace, Esq. *pro hac vice* to represent the Defendants in this case and in all proceedings attendant thereto.

Dated: November 30, 2022

Respectfully submitted,

*/s/ Lance E. Leffel*
Lance E. Leffel, OBA #19511
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
(405) 235-5500
(405) 235-2875 (fax)
lleffel@gablelaw.com

***ATTORNEYS FOR STATE FARM DEFENDANTS***

**CERTIFICATE OF MAILING**

I hereby certify that on November 30, 2022, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of Court using the Court's NextGen system, and that such system will send electronic notice of the filing to all counsel of record.

*/s/ Lance E. Leffel*
Lance E. Leffel, OBA #19511

{S622541;}   3