IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS., CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies; and CLARENCE HOLLEY, an individual.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CJ-2021-140<br>)<br>)　*Honorable Paul Hesse*<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ANSWERS TO DEFENDANTS' INTERROGATORIES**

**GENERAL OBJECTIONS AND
CONDITIONS TO ANSWERS TO INTERROGATORIES**

　　　1. These answers to interrogatories are based on information presently available to the Plaintiffs. Discovery in this case is continuing and these answers cannot set forth all facts upon which the Plaintiffs will ultimately rely after discovery is completed.

　　　2. It is assumed that the interrogatories are not intended to reach privileged communications or attorney work product. If the interrogatories are intended to inquire into such matters, Plaintiffs object to disclosure of any communications or information, which are protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege.

　　　3. Plaintiffs object to any and all of Defendant's instructions and definitions, which require answers beyond the scope permitted by the Oklahoma Discovery Code, and other provisions of applicable law.

　　　4. All of the following answers are subject to the above General Objections and Conditions to Answers.

**INTERROGATORIES**

**INTERROGATORY NO. 1:** Set forth the name, address, and telephone number of each person known or reasonably believed by you to have knowledge concerning any of your claims or allegations in this litigation.

**ANSWER TO INTERROGATORY NO. 1:** Plaintiffs object to this interrogatory on grounds that said interrogatory is over broad and unduly burdensome. Plaintiffs also object to this interrogatory to the extent it calls for a legal conclusion. As Plaintiffs are not attorneys, Plaintiffs are neither qualified, nor required to answer. Plaintiffs further object to the extent it seeks information covered by the attorney-client privilege and/or work product doctrine. Moreover, as discovery is just commencing, it is not possible to identify every person known or reasonably believed by you to have knowledge concerning any of your claims or allegations in this litigation. Some witnesses who support Plaintiffs' contentions may only become apparent in light of the deposition testimony or contentions of Defendants. As such, Plaintiffs reserve the right to supplement this Answer. Subject to and without waiving the foregoing objections, Plaintiffs provide the following information:

>Brandon Rondon  2085 treviso court, Edmond, OK, 73034, 405-861-8500
>Andrew Vincent 100 NW 150TH ST A1 Edmond, OK 73013 405-348-3739
>Steven Manual State Farm 330 S Santa Fe Ave, Edmond, OK 73003 405-341-0551
>Steve Bennett State Farm Corporate Contact information
>Samantha Boyd aka Sam Boyd: 1145 W 15TH ST EDMOND, OK 73013 405-531-4682
>Clarence Holley 405-385-3600 CHOLLEY@EATTHECAPTAIN.ORG
>Cassie Gryder 580-678-9238
>Jesse Towell 405-795-1407
>Johnny Aldana  – Undocumented worker who Kirk Fuqua employed using Jesse Towell Alias. 405-464-2251 Fuqua will have current contact info for him.
>Kirk Fuqua 610 S Kelly Ave Suite Y Edmond, OK 73003 405-348-5475
>Brooke Gamache 405-831-2607
>Kristie Vann 405-326-0118
>Zachary Russell (405)722-1332 4225 W Memorial Rd # 102 Oklahoma City 73134
>Bryce Gardner 405-818-0464 8601 Three Oaks Rd. Edmond, OK 73025
>Chelsea Smithson 806-202-4458 425 1/2 S. 8TH STREET DR YUKON, OK 73099
>Lori King 405-641-3635 - 14728 Clair Ct W Yukon, OK 73099
>April Anderson 405-204-5502 3429 NW 19th st Oklahoma City, OK 73107
>Bronson Schubert 405-768-1000 10932 NW EXP Yukon, OK 73099
>Kyle Dace 405-531-4700 17320 N May Ave # B Edmond ok 73012
>Brian Maxwell State Farm Corporate Contact information

2

  Stan Walton 501-538-5437 State Farm Corporate Contact information
  David Frost  - Obtain from Kirk Fuqua (Business Associate)
  Cherie Logan State Farm 1221 Holly Ave Yukon, OK 73099 405-354-1996
  Ann Smith 405-751-4800 100 NW 150^(TH) #A1 Edmond, OK 73013 * Received all my BCBS policies
  Jim Dunn 405-751-1311 3416 NW 178th St, Edmond, OK 73012 · ~
  Kevin Craft 105 E Oklahoma Ave, Guthrie, OK 73044 · 405-293-9400
  Dan Thorson 405-365-6446 State Farm Corporate Contact information
  Chad Thorp 405-416-4169 7745 Ashley Trail Edmond, OK 73025
  Thomas Webber 2717 N Broadway, Edmond, OK 73034 (405) 285-6441
  Katy Arnold 573-429-2039 – Works in State Farm Kevin Craft office
  Bryan Belgard (940) 264-1234 1505 Southwest Pkwy Ste 104, Wichita Falls, TX 76302
  Kerry Richards 580-591-1461 2601 NW Expressway, Ste 900w, Oklahoma City, OK 73112 ·
  Ryan Stevens – Brandon Rondon or Clarence Holley will have contact info.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

  **INTERROGATORY NO. 2:** For each person identified in response to Interrogatory No. 1 above, set forth a summary of the facts which you believe are known by such person, and indicate whether written, recorded, or sworn statements have been made by that person.

  **ANSWER TO INTERROGATORY NO. 2:** Plaintiffs object to this interrogatory on grounds that said interrogatory is over broad and unduly burdensome. Plaintiffs also object to this interrogatory to the extent it calls for a legal conclusion. As Plaintiffs are not attorneys, Plaintiffs are neither qualified, nor required to answer. Plaintiffs further object to the extent it seeks information covered by the attorney-client privilege and/or work product doctrine. Moreover, as discovery is just commencing, it is not possible for Plaintiffs to know what facts are known by each person identified in Answer to Interrogatory No. 1. Some of the facts known by each witness may only become apparent in light of the deposition testimony or contentions of Defendants. As such, Plaintiffs reserve the right to supplement this Answer. Subject to and without waving the foregoing objections, Plaintiffs provide the following information:

**Brandon Rondon** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 13 – 67 within the Petition.

**Drew Vincent** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 13 – 68 within the Petition.

**Steven Manual** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Steve Bennett** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Samantha Boyd** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Cassie Gryder** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Jesse Towell** was impersonated by Johnny, the undocumented worker. Johnny, under direction of Fuqua, used an alias from the time when Jesse Towell was employed by Fuqua to solicit and write insurance.

**Johnny Aldana**, an undocumented work, was paid cash under the table by Fuqua. Johnny was soliciting, quoting, and writing Insurance policies in Oklahoma while impersonating Jesse Towell. Fuqua claimed Johnny was his "car washer" but evidence obtained by Humphrey, given to State Farm representatives Kimberly Marshall, & Steve Bennet show Johnny attending sales meetings in the Fuqua agency, and using a State Farm issued laptop.

**Kirk Fuqua** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Clarence Holley** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Brooke Gamache** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Kristie Vann** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Zachary Russell** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Bryce Gardner** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Chelsea Smithson** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Lori King** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Bronson Schubert** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**April Anderson** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Kyle Dace** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Stan Walton** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**David Frost** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Cherie Logan** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Ann Smith** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Dan Thorson** worked with territory agents. Thorson can vouch for claims made by Humphrey.

**Chad Thorp** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Thomas Webber** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Katy Arnold** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Greg Ellis**, Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Scott Tabares** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Bryan Belgard** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Kerry Richards** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

**Ryan Stevens** Plaintiffs believe this witness has knowledge relating to Paragraph Nos. 12 – 68 within the Petition.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 3:** Identify each and every criminal misdemeanor, felony, or other infraction or offense for which you have been fined, arrested, convicted, found guilty or responsible, or pleaded guilty or no-contest, including the date and location of the violation, the court in which the violation was heard, the nature of the violation originally charged, and the judgment or sentence imposed by the court for each such violation.

**ANSWER TO INTERROGATORY NO. 3:** Subject to the objections above, none. As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 4:** Identify each and every employee, former employee, independent contractor agent, or former independent contractor agent of State Farm (and any affiliates) with whom you have had communications concerning the events described in your litigation. For each such employee or independent contractor agent, state the name and address of such person, the time and place of such communications, and the substance of your communications.

**ANSWER TO INTERROGATORY NO. 4:** Plaintiffs object to this interrogatory on grounds that it is overly broad and unduly burdensome, in that it is not possible to state the time, place and substance of all communications between Plaintiffs and each and every employee, former employee, independent contractor agent, or former independent contractor agent of State Farm (and any affiliates). Some information may only become apparent in light of deposition testimony or contentions of Defendants. And, due to the passage of time, Plaintiffs may not be able to recall all responsive information. As such, Plaintiffs reserve the right to supplement this Answer. Subject to the objections above, see the following list of individuals:

Brandon Rondon  2085 treviso court, Edmond, OK, 73034, 405-861-8500

Andrew Vincent 100 NW 150TH ST A1 Edmond, OK 73013 405-348-3739

Steven Manual State Farm 330 S Santa Fe Ave, Edmond, OK 73003 405-341-0551

Clarence Holley 405-385-3600 CHOLLEY@EATTHECAPTAIN.ORG

Kristie Vann 405-326-0118

Zachary Russell 405-722-1332 4225 W Memorial Rd # 102 Oklahoma City 73134

Chelsea Smithson 806-202-4458

Lori King 405-641-3635

April Anderson 405-204-5502

Stan Walton 501-538-5437

Scott Cornelious, now deceased.

Samantha Boyd 1145 W 15TH ST EDMOND, OK 73013 405-531-4682

Matt Morris 405-655-4161

Cal Kilburz 405-256-0660 706 S Mustang Rd. Yukon, OK 73099

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 5:** List in chronological order all e-mail addresses, email accounts, and social media websites (including Facebook, Twitter, Linked In, etc.) used by you or your Agency(s) since November 1, 2017.

**ANSWER TO INTERROGATORY NO. 5:** Objection. This Interrogatory is over broad and seeks information, which is neither relevant, nor reasonably calculated to lead to the discovery of relevant evidence. Subject to the objections above, see the following:

Email addresses that would have been used on social media accounts

Nelsoncourtneyse07@yahoo.com

Courtney.humphrey.wz95@statefarm.com

coco@countoncoco.com

State Farm agent facebook page:

7

https://www.facebook.com/countoncoco/videos/veterans-appreciation-day-courtney-humphrey-state-farm/1903831206380301/

Yelp: https://www.yelp.com/biz/courtney-humphrey-state-farm-insurance-agent-yukon

LinkedIn

Courtney Humphrey - Mortgage Loan Originator - United Fidelity Funding Corp (UFF) | LinkedIn

Twitter:

Closed account – twitter.com/countoncocosf

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 6**: Set forth the name and address of each person and/or entity, other than State Farm, for whom you have performed work since November 1, 2017, including, but not limited to self-employment, independent contractor/independent contractor agent work or services, or other employment. For each such person or entity identified, provide the date(s) during which you performed such work, your job title or a brief description of your position, and the reason you no longer perform work for such person or entity.

**ANSWER TO INTERROGATORY NO. 6:**   Objection. This Interrogatory is over broad and seeks information, which is neither relevant, nor reasonably calculated to lead to the discovery of relevant evidence. Subject to the objections above, see the following:

**Employment since 11/01/2017**

11/01/17  -  11/20/20 Humphrey Insurance & Financial Services, Courtney Humphrey State Farm

11/20/20  Humphrey Ins & Fin Svcs In – Insurance Producer 900 Westport Blvd. Ste 140 Yukon, OK 73099

VSP – Direct appointment

8

BCBS - Direct appointment

Humana - Direct appointment

12/07/2020 – Present: Independent Contractor: Producer @ ECI Insurance Agency, Agreement with Scott Cornelius who passed away 02/2021.

CSC Humphrey Inc 2012-present, Secretary 900 Westport Blvd. Ste 140 Yukon, OK 73099

Humphrey Performance 2017-Present, Secretary 900 Westport Blvd. Ste 140 Yukon, OK 73099

4/2021 – Present UFFC Mortgage United Fidelity Funding Corp. 4747 Gaillardia Corporate Place Suite 101 Oklahoma City, OK 73142

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 7:** Set forth the name and address of each person and/or entity with whom you have sought employment or any type of work since November 20, 2020, including, but not limited to, employment, self-employment, independent contractor/independent contractor agent work or services, volunteer work or services, or consulting work or services. For each person or entity identified, provide the date(s) on which you sought employment with, or work from, that person or entity, the names and job titles of the individuals with whom you had contact, whether you received an offer of employment and, if so, the date of the offer, the position offered, and the compensation and benefits offered, whether you accepted the offer and, if so, the name(s) of your immediate supervisor, and the reason you no longer are employed by or perform services for the person or entity (if applicable).

**ANSWER TO INTERROGATORY NO. 7:** Objection. This Interrogatory is over broad and seeks information, which is neither relevant, nor reasonably calculated to lead to the discovery of relevant evidence. Subject to the objections above, see the following:

9

Prudential appointment, Declined via letter 03/2021

Cigna employment, Declined via email 08/2021

Humphrey Insurance & Financial Services, Courtney Humphrey Insurance Producer

ECI Insurance, Supervisor Scott Cornelius passed away 02/2021

No changes to continued duties with CSC Humphrey Inc dba StretchU , Humphrey Performance dba The Vitality Mill

UFFC Mortgage, United Fidelity Funding Corp – Mortgage Loan officer, Branch Manager Deb Huston # 918-344-4840

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 8:** State with specificity any and all monies you have received from any source, including, but not limited to, any other employment, unemployment insurance, workers' compensation benefits, disability benefits, or any other form of assistance from any federal, state, or local government agency, pensions, or any other source since November 20, 2020.

**ANSWER TO INTERROGATORY NO. 8:** Objection. This Interrogatory is over broad and seeks information, which is personal and confidential and neither relevant, nor reasonably calculated to lead to the discovery of relevant evidence.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 9:** Please identify each person whom you expect to call as an expert witness in this litigation and, with respect to such person, please state the subject matter on which the expert is expected to testify, the substance of the facts and opinions to which the expert is expected to testify, and a summary of the grounds for each opinion.

**ANSWER TO INTERROGATORY NO. 9:** Plaintiffs object to this interrogatory on grounds that said interrogatory is over broad and vague. Plaintiffs also object this interrogatory to the extent it attempts to impose a greater burden on Plaintiffs than is required under the Oklahoma Rules of Civil Procedure. Subject to and without waiving the foregoing objections, Plaintiffs state that they have not retained an expert at this time. Plaintiffs reserve the right to supplement this request in accordance with the Court's Scheduling Order.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 10:** Please itemize and describe all damages you seek to recover from State Farm in this lawsuit with respect to your claims, including the nature of such element of damage, the monetary amount sought, the basis for calculation of that amount, and anticipated future damages and identify any documents that relate such to damages.

**ANSWER TO INTERROGATORY NO. 10:** Plaintiff objects to this interrogatory on grounds that the interrogatory is over broad and unduly burdensome. Further, to the extent this interrogatory calls for a legal conclusion, Plaintiff is neither qualified, nor required to answer, as Plaintiff is not an attorney. Moreover, Plaintiff's damages are still accruing and, therefore, it is premature to request such information. As such, Plaintiff reserves the right to supplement this Answer. Subject to and without waiving the foregoing objections, Plaintiffs have suffered lost wages (past and future), emotional distress damages and other compensatory damages (in an amount to be determined by a jury), attorney's fees and costs (which are accumulating), punitive damages (in an amount to be determined by a jury), and the following:

$20,000 New agency build out expense, new sign, removal of sign, etc. 03/2020 – 07/2020

$30,000 New Agent Welcome package State Farm Business Credit Card, now US Bank.

11

$15,000 Retirement for Seth Humphrey that Clarence Holley advised to cash out and put into State Farm Life Insurance

$15,000 Retirement for Courtney Humphrey that Clarence Holley advised to cash out and put into State Farm Life Insurance

$36,000 Reimbursement for Lost leads, Agent Direct Mail campaigns, Marketing and Advertising

Lost Annual Income for 2020.  2018 $259,606.43;   2019 $401,280.51;   see historical comp reports

$12,030,000 Loss of Income for the next 30 years that Plaintiff was promised.

$75,000 Loss of Agent Scorecard bonus, SMVC, Chairman Circle, Ambassador Travel, Honor Club, SVP, Small Business Premier Program, Territory Bonus' that Plaintiff qualified for life/health/bank for 2020 See historical qualification reports showing my previous years eligibility for awards and programs.

$10,000 State Farm Failure to report my qualification to MDRT

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 11:** Please itemize and describe all damages you seek to recover from Defendant Clarence Holley ("Defendant Holley") in this lawsuit with respect to your claims, including the nature of such element of damage, the monetary amount sought, the basis for calculation of that amount, and anticipated future damages and identify any documents that relate such to damages.

**ANSWER TO INTERROGATORY NO. 11:** Plaintiff objects to this interrogatory on grounds that the interrogatory is over broad and unduly burdensome. Further, to the extent this interrogatory calls for a legal conclusion, Plaintiff is neither qualified, nor required to answer, as Plaintiff is not an attorney. Moreover, Plaintiff's damages are still accruing and, therefore, it is

premature to request such information. As such, Plaintiff reserves the right to supplement this Answer. Subject to and without waiving the foregoing objections, Plaintiffs have suffered lost wages (past and future), emotional distress damages and other compensatory damages (in an amount to be determined by a jury), attorney's fees and costs (which are accumulating), punitive damages (in an amount to be determined by a jury), and the following:

$30,000 New Agent Welcome package State Farm Business Credit Card, now US Bank. Plaintiff was advised to put certain agency expenses on State Farm credit card to earn reward dollars in training classes by Samantha Boyd & Clarence Holley.

$15,000 Retirement for Seth Humphrey that Clarence Holley advised to cash out and put into State Farm Life Insurance

$15,000 Retirement for Courtney Humphrey that Clarence Holley advised to cash out and put into State Farm Life Insurance

Clarences' assigned Samantha Boyd to coach new agents on what lists to pull. The audit claimed I didn't pull "consumer report history daily" and therefore failed to supervise my team. Plaintiff was never told by Clarence Holley or Samantha Boyd to pull that. Plaintiff and its team were given lists of reports to keep on our desk with schedules of when to pull what report. The consumer report list wasn't included.

Lost Annual Income for 2020.  2018 $259,606.43;    2019 $401,280.51;   see historical comp reports

$12,030,000 Loss of Income for the next 30 years that Plaintiff was promised.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 12:** Please identify all customers/clients you claim State Farm improperly transferred from your former Agency to other State Farm Agents/Agencies and the basis for your belief that these customers/clients were improperly transferred.

13

**ANSWER TO INTERROGATORY NO. 12:** Plaintiffs object to this interrogatory on grounds that it is overly broad and unduly burdensome based on the number of customers/clients State Farm improperly transferred away from Plaintiffs. State Farm has at its disposal a list of all customers/clients it improperly transferred from Plaintiffs. Additionally, some information may only become apparent in light of deposition testimony or contentions of Defendants. And, due to the passage of time, Plaintiffs may not be able to recall all customers/clients. As such, Plaintiffs reserve the right to supplement this Answer. Subject to the objections above, see the following list of customers/clients produced.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 13:** Please identify all customers/clients with whom you claim to have had contracts with to purchase State Farm insurance products or policies.

**ANSWER TO INTERROGATORY NO. 13:** See Answer to Interrogatory No. 12 above.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 14:** Please identify all customers/clients with whom you claim to have any other purported contracts, business relationships, or prospective contracts or business relationships.

**ANSWER TO INTERROGATORY NO. 14:** See Answer to Interrogatory No. 12 above.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 15:** Please identify the individuals at State Farm whom you claim made "numerous false and defamatory statements to third parties about Plaintiff Humphrey," as alleged in Paragraph 53 of the Petition.

**ANSWER TO INTERROGATORY NO. 15:** Plaintiffs object to this interrogatory on grounds that said interrogatory is over broad and unduly burdensome. Plaintiffs also object to this interrogatory to the extent it calls for a legal conclusion. As Plaintiffs are not attorneys, Plaintiffs are neither qualified, nor required to answer. Plaintiffs further object to the extent it seeks information covered by the attorney-client privilege and/or work product doctrine. Moreover, as discovery is just commencing, it is not possible for Plaintiffs to know all individuals at State Farm who made false and defamatory statements to third parties about Plaintiffs. Some of the individuals at State Farm may only become apparent in light of the deposition testimony or contentions of Defendants. As such, Plaintiffs reserve the right to supplement this Answer. Subject to and without waving the foregoing objections, Plaintiffs provide the following information:

> Samantha Boyd told a mutual friend, April Anderson, that Plaintiff was fired because she wrote life insurance on a terminal customer. Boyd was an agent at the time Plaintiff was fired, no longer a corporate employee and wouldn't have been privy to the reason for Plaintiff's termination.
>
> State Farm released non privileged information to Kirk Fuqua that came from internal messages between Plaintiff and her employee through email and instant message on State Farm Agent laptop.

State Farm gave Plaintiff a clear compliance approval in July 2020 and told her to get licensed in Colorado, Texas, New Mexico, & Oklahoma, then turned around in December 2020 and told each state Department of Insurance that she was terminated for cause.

State Farm told FINRA through U5 that Plaintiff inputted inaccurate information & failed to supervise team members,

Item # 3 page 5 of 8: failed to supervise in connection with Investment-related statutes, regulations, rules, or industry standards of conduct.

They falsely claim date internal review initiated 06/12/2020. Audit was 05/2020.

Item 7f: marked Yes, 1. Violating Investment- related statutes, regulations, rules, or industry standards of conduct.

Item 7B: marked YES Currently is, or at term was, the individual under internal review for fraud, wrongful taking of property, or violating investment related statutes, regulations, rules, industry standards of conduct.

5:15 PM 8/19/2021 Atif Rafique 417-414-9664

email: AAA.RR.SN@GMAIL.COM 16029 Okalee Lane Edmond, OK 73013

(former client) called Steve Manual's office, spoke with a man in the office,

who said Plaintiff "was fired for stealing money and taking clients"

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 16:** Please describe State Farm's "numerous false and defamatory statements to third parties about Plaintiff Humphrey," as alleged in Paragraph 53 of the Petition, including the dates the alleged statements were made, who made the alleged statements, to whom the alleged statements were made, and how the alleged statements were made (i.e., in writing, orally, etc.).

16

**ANSWER TO INTERROGATORY NO. 16:** See <u>Answer to Interrogatory No. 15</u> above.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

**INTERROGATORY NO. 17:** Identify each person who participated in the preparation of the answers to these interrogatories and/or supplied any information used in such preparation. As to each person so identified, indicate the interrogatory or interrogatories with which he or she was involved.

**ANSWER TO INTERROGATORY NO. 17:** Plaintiffs object to this interrogatory on grounds that it is overly broad and seeks information that is neither relevant, nor reasonably calculated to lead to the discovery of relevant evidence. Subject to and without waiving the foregoing objections, Plaintiffs state: Plaintiffs with assistance of counsel.

As discovery is ongoing, Plaintiff reserves the right to amend this Answer to Interrogatory.

Respectfully submitted,

_____
R. Greg Andrews, OBA #19037
ANDREWS LAW FIRM, PLLC
2516 Tee Drive
Norman, Oklahoma 73069
Telephone: (405) 360-7001
Facsimile: (405) 360-7002
Email: greg@andrews.law
*Attorney for Plaintiffs*

## VERIFICATION

STATE OF OKLAHOMA )
                                 ) ss.
COUNTY OF CANADIAN )

COURTNEY HUMPHREY, of lawful age, being first duly sworn on oath, deposes and says:

That she has read the within and foregoing Answers to Defendants' Interrogatories, and that the statements therein contained are true and correct as she verily believes under penalty of perjury.

_____
Courtney Humphrey

SWORN TO AND ACKNOWLEDGED BEFORE ME this the 24th day of September, 2021.

My Commission Expires:
07004854
Comm. No.: 5/30/23

_____
Notary Public

18

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of September, 2021, a true and correct copy of the above and foregoing was delivered to the following:

*Via Email*

Lance E. Leffel, OBA #19511
GABLEGOTWALS
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone: (405) 235-5500
Facsimile: (405) 235-2875
Email: lleffel@gablelaw.com

*and*

David A. Hughes, Georgia Bar No. 375618
Lauren F. Gordon, Georgia Bar No. 557058
JACKSON LEWIS P.C.
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: david.hughes@jacksonlewis.com
       lauren.gordon@jacksonlewis.com

*Attorneys for State Farm Defendants*

R. Greg Andrews

19