IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies; and CLARENCE HOLLEY, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CJ-2021-140<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT STATE FARM'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Defendants State Farm Automobile Insurance Company, State Farm Life Insurance Company, State Farm Fire and Casualty Company, and State Farm General Insurance Company (collectively "State Farm"), serve their Second Supplemental Responses and Objections to Defendant Humphrey Insurance and Financial Services, Inc.'s (hereinafter "HIFS" or "Plaintiff") First Set of Interrogatories and Requests for Production.[1] State Farm incorporates its prior responses and objections as if fully set forth herein. Specifically, State Farm supplements its responses and objections to Request for Production Nos. 2 as follows:

---

[1] HIFS served separate, identical written discovery sets to each of the four State Farm defendants. For ease of reference and judicial economy, State Farm is providing a single set of combined responses and will be producing a single set of documents on behalf of all State Farm defendants.

## SUPPLEMENTAL OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 2**: All documents constituting, discussing and/or concerning communications (including but not limited to conversations and correspondence), between you and Plaintiff or any other person relating to the issues raised herein.

**SUPPLEMENTAL RESPONSE**: State Farm objects to this request on the grounds that a sweeping request for "all documents constituting, discussing and/or concerning" communications between State Farm and Plaintiff or "any other person relating to the issues raised herein" is overly broad in time and scope, unduly burdensome, and seeks information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. The request is not limited to a relevant time period, individual, subject, or other relevant limiting factor and therefore seeks irrelevant information rather than those documents and/or communications that are relevant to the allegations asserted in this lawsuit. State Farm further objects to the request to the extent it seeks information protected by the attorney-client privilege and/or work product doctrine. Subject to and without waiving the foregoing objections, responsive documents are being produced. See specifically HUMC000746-003418.

Respectfully submitted, this 29th day of July, 2022.

/s/ *Lance E. Leffel*
Lance E. Leffel, OBA #19511
GABLEGOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102-7255
lleffel@gablelaw.com
Telephone: 405.235.5500

/s/ *David A. Hughes*
David A. Hughes
*Admitted Proc Hac Vice*

2

Georgia Bar No. 375618
JACKSON LEWIS P.C.
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
David.Hughes@jacksonlewis.com

ATTORNEYS FOR STATE FARM

IN THE DISTRICT COURT OF CANADIAN COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual,<br><br>                Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies; and CLARENCE HOLLEY, an individual,<br><br>                Defendants. | Case No. CJ-2021-140 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, a true and correct copy of **DEFENDANT STATE FARM'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**, was served via first class U.S. Mail and email to the following counsel of record:

R. Greg Andrews, OBA No. 190037
Andrews Law Firm, PLLC
2516 Tee Drive
Norman, OK 73069
Greg@andrews.law

Matthew B. Eckstein, OBA No. 19087
Eckstein Law Firm, PLLC
25126 Tee Drive
Norman, Oklahoma 73069
matt@eckstein.law

/s David A. Hughes
David A. Hughes  GBA #375618
*Admitted Pro Hac Vice*

4