

**Matt Eckstein <matt@eckstein.law>**

# Humphrey v. State Farm

**Matt Eckstein** <matt@eckstein.law>                    Fri, Jan 20, 2023 at 12:11 PM
To: Lance Leffel <lleffel@gablelaw.com>, "Hughes, David A. (Atlanta)" <david.hughes@jacksonlewis.com>
Cc: Andrews Law <greg@andrews.law>
Bcc: Courtney Humphrey <coco@courthumphrey.com>

Lance and David, I wanted to touch base with you both and let you know what I have still outstanding on your discovery responses.  I know that we have agreed to disagree on many of these and I will be filing a motion to compel, but I wanted to make sure before I do that, that I have received all the responses.  These are the Interrogatories and Requests for Production that I show as objected to by State Farm after the four supplements.  If you could just verify that I have not missed any that you have provided in your four supplements and that we are on the same page about the outstanding request I think it will save both of us some time.  I have the following as still not answered or produced:

Interrogator No. 3
Request for Production No. 16
Request for Production No. 17
Request for Production No. 19
Request for Production No. 20
Request for Production No. 22
Request for Production No. 24
Request for Production No. 25
Request for Production No. 29
Request for Production No. 32
Request for Production No. 43
Request for Production No. 44
Request for Production No. 45
Request for Production No. 46
Request for Production No. 47
Request for Production No. 49

Request for Production No. 53
Request for Production No. 54
Request for Production No. 55
Request for Production No. 56
Request for Production No. 57
Request for Production No. 58
Request for Production No. 59
Request for Production No. 65
Request for Production No. 70

Matthew B. Eckstein
Eckstein Law Firm, PLLC
2516 Tee Drive
Norman, Oklahoma  73069
Phone:     (405) 738-8871
Facsimile: (405) 360-7002

1494014672099_PastedImage

----------CONFIDENTIALITY NOTICE----------

THIS ELECTRONIC MAIL TRANSMISSION MAY CONSTITUTE A COMMUNICATION CONTAINING ATTORNEY-CLIENT OR ATTORNEY WORK PRODUCT INFORMATION.  THE SENDER DID NOT INTEND THIS TRANSMISSION TO BE SENT TO OR RECEIVED BY ANY UNAUTHORIZED PERSONS AND THE SENDER IS NOT THEREBY WAIVING SUCH CONFIDENTIALITY OR PRIVILEGE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS ELECTRONIC MAIL TRANSMISSION AND THEREBY RECEIVE THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY DELETE IT FROM YOUR COMPUTER SYSTEM WITHOUT COPYING IT.  IN ADDITION, PLEASE NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING ECKSTEIN LAW FIRM, PLLC AT (405) 360-7001.  YOU ASSISTANCE WILL ALLOW US TO CORRECT OUR ADDRESS FOR THE INTENDED RECIPIENT FOR ALL FUTURE TRANSMISSIONS.  THANK YOU.

IRS CIRCULAR 230 NOTICE: Any tax advice in this email was not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties.



**OutlookEmoji-1494014672099_PastedImage8a734170-b898-4cef-9f5b-31dc96015dd5.png**
8K