# **EXHIBIT 1**

Case 5:22-cv-00977-SLP     Document 25-1     Filed 02/22/23     Page 1 of 3

| | |
|---|---|
| **From:** | Hughes, David A. (Atlanta) |
| **Sent:** | Thursday, February 2, 2023 11:34 AM |
| **To:** | Matt Eckstein |
| **Cc:** | Andrews Law |
| **Subject:** | RE: Humphrey Insurance v. State Farm |

Thank you for the clarification, Matt. I've passed along this info and our client is reviewing the topic further



### David A. Hughes
Attorney at Law

**Jackson Lewis P.C.**
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Direct: (404) 586-1832 | Main: (404) 525-8200
David.Hughes@jacksonlewis.com | www.jacksonlewis.com

**From:** Matt Eckstein <matt@eckstein.law>
**Sent:** Wednesday, February 1, 2023 2:42 PM
**To:** Hughes, David A. (Atlanta) <David.Hughes@jacksonlewis.com>
**Cc:** Andrews Law <greg@andrews.law>
**Subject:** Humphrey Insurance v. State Farm

🛈 External email ›

David, I had a chance to speak with my client regarding the issues you raised in your January 20, 2023 correspondence. Specifically the issue wherein your client claims that they are not aware of what a compliance check is. After speaking with my client it appears that State Farm refers to these as "Compliance Reviews."

I find it hard to believe that your client does not understand what we are asking for. Regardless, I believe this email will give your client the information that they need to respond to the following discovery request that remains outstanding:
Request for Production No. 19
Requests for Production No. 20
Request for Production No. 24
Request for Production No. 25

It is my understanding that these compliance reviews happen at the minimum annually. We need to see all the documents relating to the Compliance reviews, including but not limited to the Agency Questionnaires, onset review, data analysis, the PFA reviews and the PCI Onsite/Virtlual reviews. All of these fall under the purview of State Farm's Compliance Reviews.

Matthew B. Eckstein
Eckstein Law Firm, PLLC
2516 Tee Drive
Norman, Oklahoma  73069

Phone:     (405) 738-8871
Facsimile: (405) 360-7002



----------CONFIDENTIALITY NOTICE----------

THIS ELECTRONIC MAIL TRANSMISSION MAY CONSTITUTE A COMMUNICATION CONTAINING ATTORNEY-CLIENT OR ATTORNEY WORK PRODUCT INFORMATION.  THE SENDER DID NOT INTEND THIS TRANSMISSION TO BE SENT TO OR RECEIVED BY ANY UNAUTHORIZED PERSONS AND THE SENDER IS NOT THEREBY WAIVING SUCH CONFIDENTIALITY OR PRIVILEGE.  IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS ELECTRONIC MAIL TRANSMISSION AND THEREBY RECEIVE THIS ELECTRONIC MAIL TRANSMISSION IN ERROR, PLEASE IMMEDIATELY DELETE IT FROM YOUR COMPUTER SYSTEM WITHOUT COPYING IT.  IN ADDITION, PLEASE NOTIFY THE SENDER BY REPLY E-MAIL OR BY CALLING ECKSTEIN LAW FIRM, PLLC AT (405) 360-7001.  YOU ASSISTANCE WILL ALLOW US TO CORRECT OUR ADDRESS FOR THE INTENDED RECIPIENT FOR ALL FUTURE TRANSMISSIONS.  THANK YOU.

IRS CIRCULAR 230 NOTICE: Any tax advice in this email was not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties.