# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES, INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual, <br><br> Plaintiffs, <br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INS. CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies, <br><br> Defendants. | Case No.: CIV-22-977-SLP |

## NOTICE OF DEPOSITION OF COURTNEY HUMPHREY

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendants, State Farm Mutual Automobile Insurance Company, State Farm Life Insurance Co., State Farm Fire and Casualty Co., and State Farm General Insurance Co., by and through their undersigned counsel, will take the deposition Plaintiff, Courtney Humphrey, to be recorded by stenographic means and/or videotaped before a court reporter or other officer duly authorized to administer oaths. The deposition will commence at 9:30 a.m. Central Time on April 14, 2023 at the offices of Gable Gotwals located at 499 W. Sheridan, Suite 2200, Oklahoma City, Oklahoma 73102, and continue from day to day until completed. This deposition shall be taken for all purposes authorized by the Federal

{S637443;}

Rules of Civil Procedure. Defendants reserve the right to reschedule this deposition for a mutually convenient date and time should the need arise.

Dated: April 3, 2023

                Respectfully submitted,

                */s/ Lance E. Leffel*
                Lance E. Leffel, OBA No. 19511
                GABLEGOTWALS
                BOK Park Plaza
                499 W. Sheridan Avenue, Suite 2200
                Oklahoma City, OK 73102
                (405) 235-5500
                (405) 235-2875 (fax)
                *lleffel@gablelaw.com*

                David A. Hughes
                *(admitted pro hac vice)*
                JACKSON LEWIS P.C.
                171 17th Street, NW, Suite 1200
                Atlanta, Georgia 30363
                Telephone: (404) 525-8200
                Facsimile: (404) 525-1173
                David.Hughes@jacksonlewis.com

                Tracey R. Wallace
                *(admitted pro hac vice)*
                JACKSON LEWIS P.C.
                500 N. Akard Street, Suite 2500
                Dallas, TX 75201
                Telephone: (214) 520-2400
                Facsimile: (214) 520-2008
                Tracey.wallace@jacksonlewis.com

                ***Attorneys for Defendants***

{S637443;}

# CERTIFICATE OF SERVICE

  I hereby certify that on April 3, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

R. Greg Andrews, OBA No. 19037
Andrews Law Firm, PLLC
2516 Tee Drive
Norman, OK 73069
PH: 405-360-7001
FAX: 405-360-7002
Greg@andrews.law

Matthew B. Eckstein, OBA No. 19087
Eckstein Law Firm, PLLC
2516 Tee Drive
Norman, Oklahoma 73069
PH: (405) 738-8871
FAX: (405) 360-7002

***Attorneys for Plaintiff***

                */s/ Lance E. Leffel*