# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUMPHREY INSURANCE AND FINANCIAL SERVICES INC., an Oklahoma corporation; and COURTNEY HUMPHREY, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INS., CO.; STATE FARM LIFE INSURANCE CO.; STATE FARM FIRE AND CASUALTY CO.; STATE FARM GENERAL INSURANCE CO., a collection of foreign insurance companies; and CLARENCE HOLLEY, an individual. <br><br> Defendants. | Case No.: 5:22-cv-00977-SLP |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action, including: Plaintiffs, Humphrey Insurance and Financial Services Inc. and Courtney Humphrey; and Defendants, State Farm Mutual Automobile Ins. Co.. State Farm Life Insurance Co., State Farm Fire and Casualty Co., and State Farm General Insurance Co., hereby jointly stipulate and agree to the dismissal of this action without prejudice, with all parties to bear their own attorneys' fees and costs. Although Defendant, Clarence Holley, is named as a defendant in the style of this case, Plaintiffs dismissed their claims against him without prejudice prior to this matter being removed to federal court. As such, Mr. Holley is not part of this Joint Stipulation.

Dated this 12th day of April, 2023.

Respectfully submitted,

| ATTORNEY FOR PLAINTIFFS: | ATTORNEYS FOR DEFENDANTS: |
|---|---|

*/s/ R. Greg Andrews*    */s/ Lance E. Leffel*

R. Greg Andrews, OBA #19037
ANDREWS LAW FIRM, PLLC
2516 Tee Drive
Norman, Oklahoma 73069
Telephone: (405) 360-7001
Facsimile: (405) 360-7002
Email: greg@andrews.law

*Attorney for Plaintiffs*

Lance E. Leffel, OBA #19511
GABLEGOTWALS
One Leadership Square, 15th Floor
211 N. Robinson
Oklahoma City, OK 73102-7255
Telephone: (405) 235-5500
Facsimile: (405) 235-2875
Email: lleffel@gablelaw.com

*and*

*/s/ David A. Hughes*

David A. Hughes, Georgia Bar No. 375618
JACKSON LEWIS P.C.
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: david.hughes@jacksonlewis.com

*Attorneys for State Farm Defendants*